**Kenneth HEINTZ, Appellant,**

v.

**WEST COUNTY JOURNALS, INC., et al., Respondent.**

No. 50686.

Missouri· Court of Appeals,
Eastern District,
Division Five.

March 25, 1986.

Carl I. Katzen, St. Louis, for appellant.

Richard A. Wunderlich, St. Louis, for respondent.

### ORDER

PER CURIAM:

This is a direct appeal from a summary judgment entered in a civil action for breach of contract.

Judgment affirmed. Rule 84.16(b).

**Jimmie Lee WEEKLEY, Plaintiff-Appellant,**

v.

**STATE of Missouri, Defendant-Respondent.**

No. 50443.

Missouri Court of Appeals,
Eastern District,
Division One.

April 1, 1986.

Susan L. Hogan, Columbia, for plaintiff-appellant.

William L. Webster, Atty. Gen., Stephen D. Hawke, Asst. Atty. Gen., Jefferson City, for defendant-respondent.

### ORDER

PER CURIAM.

Movant appeals from a judgment denying without a hearing his second Rule 27.26 motion. No precedential purpose would be served by a written opinion. The judgment is affirmed. Rule 84.16(b).